DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07



Case 1:07-cv-07098-HB    Document 3    Filed 10/23/2007    Page 1 of 3

OCT 16 2007

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Sumit Sud
Assistant Corporation Counsel
ssud@law.nyc.gov
(212) 788-1096
(212) 788-9776 (fax)

October 16, 2007

**BY FAX (212) 805-7901**
The Honorable Harold Baer Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Perez, Juan v. The City of New York, et al.
           07 CV 07098 (HB)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the above-referenced matter. I write to respectfully request that the initial conference currently scheduled for October 25, 2007 at 3:00 p.m., be adjourned to a date and time convenient to the Court. Plaintiff's Counsel, Rudy Velez, Jr. has not responded to two telephone messages requesting his consent to adjourn the above referenced conference. However, under the circumstances, I have no reason to believe that Mr. Velez would object to this request.

      The reason for this request is that I will be attending the Practicing Law Institute's 24th Annual Section 1983 Civil Rights Litigation seminar currently scheduled for October 25, 2007 through October 26, 2007, and as such, will not be able to attend the scheduled conference.

      Accordingly, I respectfully request that the initial conference scheduled for October 25, 2007 at 3:00 p.m. be adjourned to a date and time convenient to the Court. I apologize in advance for any inconvenience this may cause to the Court and plaintiff's counsel.

Thank you for your consideration herein.

Respectfully submitted,

Sumit Sud (SS 2781)
Assistant Corporation Counsel

cc: Rudy Velez, Sr
930 Grand Concourse Suite 1A
Bronx, New York 10451 (by Fax 718-993-3064)

> Denied — Pl. Hrg. plff. atty on 7 days notice should have known of the possible eviction + must seek to lift injunction before then. So Ordered. Harold Baer, U.S.D.J. Date 10/22/07

Endorsement:

    DENIED - be here you knew or should have known on 9/7 or soon thereafter of the possible conflict not 9 days before and be sure to notify your adversary.