UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUAN PEREZ

              Plaintiff,

- against –

CITY OF NEW YORK; NEW YORK CITY
POLICE DEPARTMENT (NYPD);
individually and in their official capacity as
NEW YORK CITY POLICE OFFICERS-
POLICE OFFICER LUIS FERNANDEZ,
SH#17933, and POLICE OFFICER SEGIO
MARTE, SH# 25830, Precinct 30 and John
Doe Police Officer.

              Defendants.
------------------------------------------------------------X

ANSWER OF DEFENDANT
CITY OF NEW YORK

07 CV 7098 (HB)

JURY TRIAL DEMANDED

        Defendant, CITY OF NEW YORK, by its attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, for its answer to the complaint, respectfully alleges, upon information and belief, as follows[1]:

        1. Denies the allegations set forth in paragraph "1" of the complaint, except admit that plaintiff purports to proceed as stated therein.

        2. Denies the allegations set forth in paragraph "2" of the complaint, except admit that plaintiff purports to bring this action as stated therein.

        3. Denies the allegations set forth in paragraph "3" of the complaint, except admit that plaintiff purports to invoke the Court's jurisdiction as stated therein.

---

[1] Upon information and belief, defendants Police Officer Luis Fernandez and Segio Marte have not yet been served with process in this action.

4. Denies the allegations set forth in paragraph "4" of the complaint, except admit that plaintiff purports to base venue as stated therein.

5. Defendant states that the statement set forth in paragraph "5" of the complaint is not an averment of fact to which a response is required.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "6" of the complaint.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "7" of the complaint, except admit that the City of New York is a municipal corporation arranged under the laws of the State of New York and that it employs police officers.

8. Denies the allegations set forth in paragraph "8" of the complaint, except admit that the City of New York maintains a police department.

9. Paragraph "9" of the complaint contains conclusions of law, rather then averments of fact, and accordingly requires no response.

10. Paragraph "10" of the complaint contains conclusions of law, rather then averments of fact, and accordingly requires no response.

11. Denies the allegations set forth in paragraph "11" of the complaint, except admits plaintiff was arrested on April 19, 2007.

12. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "12" of the complaint.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "13" of the complaint, except deny that police had arrested the wrong person.

14. Denies the allegations set forth in paragraph "14" of the complaint.

15. Denies the allegations set forth in paragraph "15" of the complaint, including all subparts thereto.

16. In response to paragraph "16" of the complaint, defendant repeats its responses to the allegations set forth in paragraphs "1" through "15" as though fully set forth herein.

17. Denies the allegations set forth in paragraph "17" of the complaint.

18. Denies the allegations set forth in paragraph "18" of the complaint.

19. Denies the allegations set forth in paragraph "19" of the complaint.

20. Denies the allegations set forth in paragraph "20" of the complaint,

21. Denies the allegations set forth in paragraph "21" of the complaint.

22. Denies the allegations set forth in paragraph "22" of the complaint.

23. Denies the allegations set forth in paragraph "23" of the complaint.

24. Denies the allegations set forth in paragraph "24" of the complaint

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

36. The complaint fails to state a claim upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

37. Defendant has not violated any rights, privileges, or immunities under the Constitution or laws of the United State or the State of New York or any political subdivision thereof.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

38. The alleged injuries were due to plaintiff's own negligence and/or culpable conduct and for the intervening culpable or negligent conduct of others for whom the City of New York is not responsible, and were not proximately caused by defendant.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

39. This action may be barred in whole or in part by the doctrines of *res judicata* and/or collateral estoppel.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

40. At all times relevant to the acts alleged in the complaint, defendant City, its agents, officials and employees, acted reasonably, properly, lawfully and in good faith in the exercise of its discretion. Consequently, defendant is entitled to governmental immunity.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

41. There was probable cause for plaintiff's arrest, detention and prosecution.

## AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE

42. The New York City Police Department is not a suable entity.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

43. This action is barred, in whole or in part, by the applicable statute of limitations.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

44. Plaintiff provoked any incident

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

45. This action may be barred in whole or in part for plaintiff's failure to comply with conditions precedent to suit.

## AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

46. Plaintiff cannot obtain punitive damages against the City of New York.

**WHEREFORE**, defendant City of New York demands judgment dismissing the complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

DATED:   New York, New York
         October 23, 2007

                                       Respectfully submitted,

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel of the City of New York
                                       *Attorney for Defendant*
                                       CITY OF NEW YORK
                                       100 Church Street, Room 3-209
                                       New York, New York 10007
                                       (212) 788-1096

                                       By: _____
                                             SUMIT SUD (SS 2781)

TO:  Rudy Velez, Esq.
     930 Grand Concourse Suit 1A
     Bronx, New York 10451 (via ECF)

Index No. 07 CV 7098(HB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PEREZ

       Plaintiff,

- against –

CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT (NYPD); individually and in their official capacity as NEW YORK CITY POLICE OFFICERS-POLICE OFFICER LUIS FERNANDEZ, SH#17933, and POLICE OFFICER SEGIO MARTE, SH# 25830, Precinct 30 and John Doe Police Officer.
       Defendants.

**ANSWER TO COMPLAINT**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*100 Church Street, Room 3-209*
*New York, N.Y. 10007*

*Of Counsel: Sumit Sud*
*Tel: (212) 788-1096*
*NYCLIS No.*

Due and timely service is hereby admitted.

New York, N.Y. ................................................., 2007 . . .

................................................................................Esq.

Attorney for................................................................